UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEMOS P. DEMOPOULOS, VICTOR                    *
CASTELLANO, STEVEN GOLDMAN and                 *
VINCENT THEURER, as Trustees and Fiduciaries   *
of the LOCAL 553 PENSION FUND; and as          *
Trustees and Fiduciaries of the LOCAL 553      *
DEFERRED COMPENSATION FUND; and as             *
Trustees and Fiduciaries of the LOCAL 553      *
BENEFITS FUND,                                 *
                              Plaintiffs,       *        18-CV-04235 (VSB)
                                        *
     - against -                                  *
                                        *
SUPER FUEL CORP.,                              *
                                        *
                         Defendant.         *
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

       Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Demos P. Demopoulos, Victor Castellano, Steven Goldman and Vincent Theurer, as the Trustees and Fiduciaries of the Local 553 Pension Fund, the Local 553 Deferred Compensation Fund and the Local 553 Benefits Fund voluntarily dismiss without prejudice the above-entitled action against defendant Super Fuel Corp.  This notice of dismissal is being filed with the Court before service of either an answer or motion for summary judgment by Super Fuel Corp.

Dated:  October 9, 2018
        New York, NY

                                                     FRIEDMAN & ANSPACH

                                       By:  /s/_____
                                          Anusha Rasalingam
                                          1500 Broadway, Suite 2300
                                          New York, NY 10036
                                          (212) 534-4500

                                         Attorneys for Plaintiffs

4832-2046-4248, v. 1